versed, and new trial granted, costs to abide the event, unless within 20 days plaintiffs stipulate to reduce the verdict to the sum of $3,381.98, in which event the judgment, as modified, and the order, are unanimously affirmed, without costs.

---

MATHESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Malcolm Ross Matheson, as substituted trustee, etc., of Richard J. Stainton, deceased, against Ottilie E. Mente and others. No opinion. Motion granted, and order signed. See, also, 147 N. Y. Supp. 1126; 148 N. Y. Supp. 1130.

---

MATHESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Malcolm Ross Matheson, as substituted trustee, etc., against Ottilie Mente and others. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements. See, also, 148 N. Y. Supp. 1130.

---

M. DAIN'S SONS CO., Appellant, v. THOMAS McNALLY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by the M. Dain's Sons Company against the Thomas McNally Company. No opinion. Motion denied, without costs.

---

MENTER & ROSENBLOOM CO., Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by the Menter & Rosenbloom Company against John L. Kelly.

PER CURIAM. Judgment modified, by striking out the third paragraph thereof and such part of the second paragraph as is not covered by the decision, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the judgment entered was too broad, and not authorized by the decision; that a judgment in accordance with the decision will fully protect all the plaintiff's rights under the contract.

FOOTE, J., dissents, upon the ground that plaintiff did not make a case for equitable relief, but should be left to his remedy at law.

---

MERCHANTS' NAT. BANK v. SANTA MARIA SUGAR CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Merchants' National Bank against the Santa Maria Sugar Company. No opinion. Motion for leave to go to Court of Appeals granted. Order signed. For former opinion, see 147 N. Y. Supp. 498.

---

MERRILL, Appellant, v. UNITED BOX BOARD & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Cyrus S. Merrill against the United Box Board & Paper Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 143 App. Div. 833, 128 N. Y. Supp. 959.

---

METROPOLITAN LIFE INS. CO. v. HEINZE et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Metropolitan Life Insurance Company against Ruth H. Heinze and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 214.

---

In re MILLER. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) In the matter of the disposition of the real property of Christian H. Miller. No opinion. Order of the Surrogate's Court of Kings County affirmed, with $10 costs and disbursements.

---

MILLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Carrie Miller, an infant, by Elizabeth Miller, her guardian ad litem, against the City of New York.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and BURR, J., dissent, for error in refusing to charge as requested at folios 291 and 293.

---

MILLER, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Mary A. Miller, as administratrix, etc., of John H. Miller, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MILLER v. UNITED STATES TRUST CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by David C. Miller against the United States Trust Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1127.

---

MILLS, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Mamie Mills against Maurice Beck.

PER CURIAM. Motion denied, with $10 costs. This appeal was not dismissed, it was simply marked off the day calendar.

---

MINERALIZED RUBBER CO. v. MALCOMSON. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Mineralized Rubber Company against A. Bell Malcomson. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. L. J. Morrison, of New York City, for appellant. Walter E. McDonnell, of New York City, for respondent.

PER CURIAM. The letter of the defendant asking that thereafter bills of the plaintiff should be made directly to him, and the orders signed by him personally, together with the proof given on the part of the plaintiff that the defendant agreed to become personally responsi-